UNITED STATES POSTAGE
PITNEY BOWES
$ 00.406
02 1R
0002003152   NOV 26 2014
MAILED FROM ZIP CODE 78701

PRESORTED
FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-82,413-01

ERIC DWIGHT POLK
KEGANS - TDC # 1944266
1200 Baker St.
Houston TX. 77002

Brock Warner
2-1-14
101

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
STATE OF TEXAS